# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM TESSIER,<br><br>    Plaintiff,<br><br>v.<br><br>ARCO DESIGN/BUILD LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:21-CV-00766-AT-JCF |

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff William Tessier and Defendant ARCO Design/Build LLC (collectively, the "Parties") hereby provide notice to the Court that the Parties have reached a settlement of this litigation. The Parties are in the process of finalizing the written settlement agreement, and once the agreement is finalized, the Parties will file a stipulation of dismissal with prejudice. Until then, the Parties respectfully request that the Court administratively close the case.

Respectfully submitted this 27th day of July, 2021.

<table>
<tr><td>

*/s/ Adian R. Miller*
**BARRETT & FARAHANY**
Adian R. Miller
GA Bar No. 794647
1100 Peachtree Street, NE, Suite 500
Atlanta, GA 30309
Telephone: 470.381.1576
Email: adian@justiceatwork.com

*Attorney for Plaintiff*

</td><td>

*/s/ Benson E. Pope*
**LITTLER MENDELSON, P.C.**
Benson E. Pope
Georgia Bar No. 583730
Joshua M. Lott
Georgia Bar No. 877703
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326
Telephone: 404.233.0330
Facsimile:  404.233.2361
Email:  bpope@littler.com
Email:  jlott@littler.com

*Attorneys for Defendant*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM TESSIER,<br><br>      Plaintiff,<br><br>v.<br><br>ARCO DESIGN/BUILD LLC,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:21-CV-00766-AT-JCF |

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2021, the foregoing **JOINT NOTICE OF SETTLEMENT** was filed electronically through the CM/ECF system, is available for viewing and downloading and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Adian R. Miller
Barrett & Farahany, LLP
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
Adian@justiceatwork.com

/s/ Benson E. Pope
*Counsel for Defendant*

3